FILED
2026 Oct-21 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN BRADLEY WHITTINGTON,<br>Plaintiff,<br>v.<br>TRANS UNION LLC,<br>Defendant. | ) | Case No.: 2:26-cv-02043-JHE |

**DEFENDANT TRANS UNION LLC'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record and hereby files its Answer and Defenses to Plaintiff's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

1. Trans Union admits only that Plaintiff has asserted claims against Defendants for actual, statutory, and punitive damages, and is seeking costs and attorney's fees for alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

2. Trans Union denies the allegations contained in paragraph 2 of the Complaint.

3. Trans Union denies reporting inaccurate information. Because of the vague and generalized nature of the remaining allegations, Trans Union is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4. Trans Union denies the allegations contained in paragraph 4 of the Complaint.

5. Trans Union denies the allegations contained in paragraph 5 of the Complaint.

6. Trans Union denies the allegations contained in paragraph 6 of the Complaint.

**JURISDICTION**

7. Trans Union admits that jurisdiction is proper in this Court. Trans Union admits that it is a foreign corporation authorized to do business within the State of Alabama. Trans Union denies the remaining allegations contained in paragraph 7 of the Complaint.

**VENUE**

8. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in the Northern District of Alabama. Trans Union admits that it is a foreign corporation authorized to do business within the State of Alabama. Trans Union denies the remaining allegations contained in paragraph 8 of the Complaint.

**PARTIES**

9. Trans Union is without information or knowledge sufficient to form a

belief as to the truth of the allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10. Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 10 of the Complaint.

11. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

## FACTS

13. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

14. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies

same.

15. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 16 of the Complaint.

17. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 17 of the Complaint.

18. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

19. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20. The provisions of 15 U.S.C. § 1681 et seq. of the FCRA and its legislative history are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 20 of the Complaint.

21. Because of the vague and generalized nature of the allegations, Trans

Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

23. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 23 of the Complaint.

24. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 24 of the Complaint.

25. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 25 of the Complaint.

26. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 26 of the Complaint.

27. Trans Union denies the allegations contained in paragraph 27 of the Complaint.

28. Trans Union denies the allegations contained in paragraph 28 of the Complaint.

29. Trans Union denies reporting inaccurate information.

30. Trans Union denies reporting inaccurate information.

31. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33. Trans Union denies reporting inaccurate information. Trans Union denies the allegations contained in paragraph 33 of the Complaint.

34. Trans Union denies reporting inaccurate information. Trans Union denies the allegations contained in paragraph 34 of the Complaint.

35. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

36. Trans Union denies the allegations contained in paragraph 36 of the Complaint.

37. Trans Union denies the allegations contained in paragraph 37 of the Complaint.

38. Trans Union denies the allegations contained in paragraph 38 of the Complaint.

39. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph

39 of the Complaint and, therefore, denies same.

40. Trans Union denies the allegations contained in paragraph 40 of the Complaint.

41. Trans Union denies the allegations contained in paragraph 41 of the Complaint

42. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and, therefore, denies same.

43. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 44 of the Complaint, or the authenticity of Exhibit A, and, therefore, denies same.

45. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore, denies same.

46. Trans Union denies the allegations contained in paragraph 46 of the Complaint.

47. Trans Union denies the allegations contained in paragraph 47 of the Complaint.

48. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, therefore, denies same.

49. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and, therefore, denies same.

51. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 51 of the Complaint.

52. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies same.

53. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies same.

54. Trans Union denies reporting inaccurate information. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 54 of the Complaint

and, therefore, denies same.

55. Trans Union denies the allegations contained in paragraph 55 of the Complaint.

56. Trans Union denies the allegations contained in paragraph 56 of the Complaint.

57. Trans Union denies the allegations contained in paragraph 57 of the Complaint.

58. Trans Union denies the allegations contained in paragraph 58 of the Complaint.

59. Trans Union denies the allegations contained in paragraph 59 of the Complaint.

60. Trans Union denies the allegations contained in paragraph 60 of the Complaint.

61. Trans Union denies the allegations contained in paragraph 61 of the Complaint.

62. Trans Union denies the allegations contained in paragraph 62 of the Complaint.

63. Trans Union denies the allegations contained in paragraph 63 of the Complaint.

64. Trans Union denies the allegations contained in paragraph 64 of the Complaint.

65. Trans Union denies the allegations contained in paragraph 65 of the Complaint.

66. Trans Union denies the allegations contained in paragraph 66 of the Complaint.

67. Trans Union denies the allegations contained in paragraph 67 of the Complaint.

68. Trans Union denies the allegations contained in paragraph 68 of the Complaint.

69. Trans Union denies the allegations contained in paragraph 69 of the Complaint.

70. Trans Union denies the allegations contained in paragraph 70 of the Complaint.

71. Trans Union denies the allegations contained in paragraph 71 of the Complaint.

72. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 72 of the Complaint.

73. Trans Union denies the allegations contained in paragraph 73 of the Complaint.

74. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies same.

75. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and, therefore, denies same.

76. Trans Union denies the allegations contained in paragraph 76 of the Complaint.

77. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 77 of the Complaint.

78. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and, therefore, denies same.

79. Trans Union denies the allegations contained in paragraph 79 of the Complaint.

80. Trans Union denies the allegations contained in paragraph 80 of the Complaint.

81. Trans Union denies the allegations contained in paragraph 81 of the Complaint.

82. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies same.

83. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 83 of the Complaint.

84. Trans Union denies the allegations contained in paragraph 84 of the Complaint.

85. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and, therefore, denies same.

86. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and, therefore, denies same.

87. Trans Union denies the allegations contained in paragraph 87 of the Complaint.

88. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore, denies same.

89. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph 89 of the Complaint and, therefore, denies same.

90. Trans Union denies the allegations contained in paragraph 90 of the Complaint.

91. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint and, therefore, denies same.

92. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and, therefore, denies same.

93. Trans Union denies the allegations contained in paragraph 93 of the Complaint.

94. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and, therefore, denies same.

95. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and, therefore, denies

same.

96. Trans Union denies the allegations contained in paragraph 96 of the Complaint.

97. Trans Union denies the allegations contained in paragraph 97 of the Complaint.

98. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and, therefore, denies same.

99. Trans Union denies the allegations contained in paragraph 99 of the Complaint.

100. Trans Union denies the allegations contained in paragraph 100 of the Complaint.

101. Trans Union denies reporting inaccurate information. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 101 of the Complaint.

102. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and, therefore, denies same.

103. Trans Union denies the allegations contained in paragraph 103 of the Complaint.

104. Trans Union denies the allegations contained in paragraph 104 of the Complaint.

105. Trans Union denies the allegations contained in paragraph 105 of the Complaint.

106. Trans Union denies the allegations contained in paragraph 106 of the Complaint.

107. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and, therefore, denies same.

108. Trans Union denies the allegations contained in paragraph 108 of the Complaint.

109. Trans Union denies the allegations contained in paragraph 109 of the Complaint.

110. Trans Union denies the allegations contained in paragraph 110 of the Complaint.

111. Trans Union denies the allegations contained in paragraph 111 of the Complaint.

## CAUSES OF ACTION

## COUNT I

112. Trans Union admits that it is a "consumer reporting agency" as defined

by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 112 of the Complaint.

113. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint and, therefore, denies same.

114. Trans Union denies the allegations contained in paragraph 114 of the Complaint.

115. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint and, therefore, denies same.

116. Trans Union denies the allegations contained in paragraph 116 of the Complaint.

117. Trans Union denies the allegations contained in paragraph 117 of the Complaint.

118. Trans Union denies the allegations contained in paragraph 118 of the Complaint.

119. Trans Union denies the allegations contained in paragraph 119 of the Complaint.

120. Trans Union denies the allegations contained in paragraph 120 of the Complaint.

121. Trans Union denies the allegations contained in paragraph 121 of the Complaint.

122. Trans Union denies the allegations contained in paragraph 122 of the Complaint.

123. Trans Union denies the allegations contained in paragraph 123 of the Complaint.

**COUNT II**

124. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 124 of the Complaint.

125. Trans Union denies the allegations contained in paragraph 125 of the Complaint.

126. Trans Union denies the allegations contained in paragraph 126 of the Complaint.

127. Trans Union denies the allegations contained in paragraph 127 of the Complaint.

128. Trans Union denies the allegations contained in paragraph 128 of the Complaint.

129. Trans Union denies the allegations contained in paragraph 129 of the Complaint.

130. Trans Union denies the allegations contained in paragraph 130 of the

Complaint.

**COUNT III**

131. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 131 of the Complaint.

132. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint and, therefore, denies same.

133. Trans Union denies the allegations contained in paragraph 133 of the Complaint.

134. Trans Union denies the allegations contained in paragraph 134 of the Complaint.

135. Trans Union denies the allegations contained in paragraph 135 of the Complaint.

136. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint and, therefore, denies same.

137. Trans Union denies the allegations contained in paragraph 137 of the Complaint.

138. Trans Union denies the allegations contained in paragraph 138 of the

Complaint.

139. Trans Union denies the allegations contained in paragraph 139 of the Complaint.

140. Trans Union denies the allegations contained in paragraph 140 of the Complaint.

141. Trans Union denies the allegations contained in paragraph 141 of the Complaint.

142. Trans Union denies the allegations contained in paragraph 142 of the Complaint.

143. Trans Union denies the allegations contained in paragraph 143 of the Complaint.

144. Trans Union denies the allegations contained in paragraph 144 of the Complaint.

145. Trans Union denies the allegations contained in paragraph 145 of the Complaint.

146. Trans Union denies the allegations contained in paragraph 146 of the Complaint.

147. Trans Union denies the allegations contained in paragraph 147 of the Complaint.

148. Trans Union denies the allegations contained in paragraph 148 of the Complaint.

## PRAYER FOR RELIEF

149. Trans Union denies the allegations contained in the Prayer paragraph of the Complaint, including all subparts.

## DENIAL OF ANY REMAINING ALLEGATIONS

150. Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

151. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

152. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

153. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

154. Trans Union at all times acted in compliance with the FCRA.

155. Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

156. Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

157. Plaintiff failed to mitigate his alleged damages.

158. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Alabama.

159. Trans Union affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

160. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant Trans Union is entitled to any settlement credits permitted by law.

161. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

162. Plaintiff lacks standing to assert the claims alleged in this action against Trans Union.

163. The Court lacks subject matter jurisdiction over the claims asserted in this action against Trans Union.

164. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

165. In the interest of justice, Trans Union may seek to transfer this matter pursuant to 28 U.S.C. § 1404, as this Court is not the most convenient venue for the parties and witnesses.

166. Plaintiff's claim for declaratory relief is not authorized, provided for, or allowed under the FCRA.

167. Plaintiff assumed the risk for any alleged damages he suffered.

168. Plaintiff's claims are barred by waiver, laches, and estoppel.

169. Plaintiff's claims for punitive damages are subject to the limitation and protections contained in Alabama Code §6-11-20; 6-11-21.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*s/Matthew W. Robinett*

**MATTHEW W. ROBINETT**
ASB-3523-I72M
Attorneys for Defendant Trans Union LLC
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of record.

John G. Watts
john@wattshering.com
M. Stan Herring
stan@wattsherring.com
Watters & Herring, LLC
The Kress Building
301 19th Street N
Birmingham, AL 35203
(205) 879-2447

s/Matthew W. Robinett

**MATTHEW W. ROBINETT**